598 A.2d 27

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Angel L. TORRES, Appellant.**

Supreme Court of Pennsylvania.

Submitted Sept. 23, 1991.

Decided Oct. 25, 1991.

Jack E. Grayer, Erie (Court-appointed), for appellant.

William R. Cunningham, Dist. Atty., Erie, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

## ORDER

PER CURIAM.

Appeal dismissed as having been IMPROVIDENTLY GRANTED.